**Dismissed and Memorandum Opinion filed March 22, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00641-CR**

_____

**MARK ADRIAN GONZALEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 293,365**

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal in this case, personally signed by appellant, has been filed with this court.  *See* TEX. R. APP. P. 42.2.   Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed.  We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Frost, Seymore, and McCally.
Do Not Publish - TEX. R. APP. P. 47.2(b)